**Petition of ADMIRAL ORIENTAL LINE.**
No. 9521.

Circuit Court of Appeals, Ninth Circuit.
May 27, 1940.

Herman Phleger, Gregory A. Harrison, Moses Lasky, and A. M. Dreyer, all of San Francisco, Cal. (Brobeck, Phleger & Harrison, of San Francisco, Cal., of counsel), for petitioner.

J. Charles Dennis, U. S. Atty., and F. A. Pellegrini, Asst. U. S. Atty., both of Seattle, Wash., for respondent Judge and the District Court.

Lawrence Bogle, Cassius E. Gates, John Ambler, and Edward G. Dobrin, all of Seattle, Wash., for intervenor American Mail Line.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for parties and the intervenor, and good cause therefor appearing, ordered petition for writ of prohibition dismissed and order to show cause discharged.

**Virgil ATWOOD et al., Appellants, v. UNITED STATES of America.**
No. 11754.

Circuit Court of Appeals, Eighth Circuit.
May 27, 1940.

Robert L. Spelbrink, of St. Louis, Mo., for appellants.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellee and consent of appellants. Defendants in Court below, appellants in this Court, ordered to surrender, if not in custody, etc.

**Martin BRAUN, Appellant, v. UNITED STATES of America, Appellee.**
No. 4612.

Circuit Court of Appeals, Fourth Circuit.
June 11, 1940.

Martin Braun, pro se.

Bernard J. Flynn, U. S. Atty., of Baltimore, Md., for appellee.

Before PARKER, SOPER, and NORTHCOTT, Circuit Judges.

PER CURIAM.

The order appealed from will be affirmed on the authority of Cundiff v. Nicholson, 4 Cir., 107 F.2d 162.

Affirmed.

**August C. BRENNEMAN et al., Appellants, v. BUSINESS MEN'S ASSURANCE COMPANY.**
No. 11745.

Circuit Court of Appeals, Eighth Circuit.
May 11, 1940.

R. T. Brewster, of Kansas City, Mo., for appellants.

Harzfeld, Beach & Gordon, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellants.